# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                            Case No. 6:08-mj-1041

**DALE BARTON HEWES**

_____

## ORDER TO SHOW CAUSE

The United States Marshals Service (USMS) has advised the Court that Defendant Dale Barton Hewes refused to be tested for active tuberculosis (TB), which testing is necessary for the protection of the staff of the USMS and other individuals with whom Hewes will come into contact during his transportation by the USMS and subsequent confinement.

Tuberculosis (TB) is a serious public health treat that has made a dramatic comeback especially in prisoner populations. The Centers for Disease Control (CDC) reports that prisoners in correctional systems are three times more likely to develop active TB than the general adult population. The National Institute of Justice (NIJ) reported in 1994 that 53,000 inmates in both U.S. prisons and jails are infected with TB. The USMS has a compelling interest in diagnosing severe medical problems such as TB. *See, e.g., Thompson v. City of Los Angeles,* 885 F.2d 1439, 1447 (9th Cir. 1989).

In order to protect the staff of the USMS, the federal judiciary, USMS prisoners, and the public from exposure to TB, the USMS implemented a national policy of April 19, 1994, which requires that prior to USMS transport, all prisoners will be medically cleared from infectious TB and that USMS staff will not transport prisoners with infectious TB.

The USMS medical clearance policy was developed in response to the January 1994 CDC Guidelines on TB in Correctional Facilities and also in response to the Occupational Safety and Health Administration's (OSHA) new enforcement policy on Occupational Exposure to TB which was issued

October 3, 1993. It should also be noted that the CDC Guidelines also state that in a number of states, screening of all inmates for TB infection is required by law.

Defendant Hewes is scheduled to be transported on Monday, March 17, 2008. Accordingly, it is **ORDERED** that Defendant Hewes, through his appointed counsel, shall forthwith show cause in writing why the Court should not order him to submit to TB testing prior to his scheduled transportation date.

**DONE** and **ORDERED** in Orlando, Florida on this 14th day of March 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Marshal
United States Attorney